UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHELLE PARISH, | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NUMBER 09-4192 |
| | * | |
| v. | * | SECTION : "B" (3) |
| | * | JUDGE LEMELLE |
| INTRA-OP MONITORING SERVICES, LLC, ET AL. | | MAGISTRATE KNOWLES |
| | * | |
| Defendants. | * | |

\* \* \*

## ORDER

CONSIDERING the United States' Notice of Partial Intervention, Partial Declination, Settlement, and Dismissal, and Motion to Lift Seal (the "United States' Notice and Motion"), IT IS ORDERED that:

1. the Relator's Complaint, the United States' Notice and Motion and this Order be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal;

3. the seal shall be lifted on all matters occurring in this action after the date of this Order;

4. this action is dismissed pursuant to the terms of the Settlement Agreement effective May 4, 2012 ("Settlement Agreement") among the United States, the Relator, and Intra-Op Monitoring Services, LLC, Physicians Analytical Services, Neuro Physiological Associates A Professional Medical Corporation, Texas Neuro Physiological Associates P.C., Neuro Physiological

Associates of Georgia P.C., Neuro Physiological Associates of New Jersey P.C., Neuro Physiological Associates of New York, P.C., NPA Intra-Op Monitoring Services of Texas, LLC, NPA Intra-Op Monitoring Services of Georgia, LLC, NPA Intra-Op Monitoring Services of New Jersey, LLC, NPA Intra-Op Monitoring Services of New York, LLC, Paul Gremillion, Glen Gremillion, Derek Lancaster, and Joseph Raymond;

5. the Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement *for a reasonable period of time.*

New Orleans, Louisiana, this 29th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

**Copies to:**

Sharon D. Smith
Assistant U.S. Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: 504-680-3004
Email: Sharon.D.Smith@usdoj.gov